**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHANTHA SVAY, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CERTAINTEED LLC, a limited liability corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 1:23-cv-00775-NODJ-EPG<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER AND DIRECTING CLERK OF COURT TO TERMINATE FRANCISCO TREJO-RAMIREZ FROM THE DOCKET**<br><br>(ECF No. 23) |

　　The Court, having reviewed the Joint Stipulation filed by Plaintiff Chantha Svay and Defendant CertainTeed LLC") to continue Defendant's responsive pleading deadline and to modify the Court's scheduling order (ECF No. 18), IT IS ORDERED as follows:

　　1.　　Defendant's responsive pleading deadline is extended from January 12, 2024 to May 31, 2024;

　　2.　　The discovery deadline concerning the merits of Plaintiff's individual claims and concerning class certification is extended from September 20, 2024 to November 22, 2024;

3. The deadline concerning expert witness disclosures is extended from July 18, 2024 to September 19, 2024;

4. The deadline concerning rebuttal expert disclosures is extended from August 19, 2024 to October 21, 2024;

5. The expert discovery deadline is extended from September 18, 2024 to November 20, 2024;

6. Plaintiff's class certification deadline is extended from November 4, 2024 to January 8, 2025; and

7. The March 4, 2024 Mid-Discovery Status Conference is vacated and is reset for May 6, 2024 at 11 a.m. If the parties are appearing telephonically, each party shall dial 1 (888) 251-2909 and enter access code 1024453. The parties are reminded to file a joint status report at least seven days before the conference. (ECF No. 18, p. 3).

8. Further, as Francisco Trejo-Ramirez is no longer the putative class representative with the filing of the first amended complaint, the Clerk of Court is directed to terminate Francisco Trejo-Ramirez as a party on the docket. (ECF No. 22).

IT IS SO ORDERED.

Dated:   **January 10, 2024**          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE