1

2

3

4

5

6

7                       UNITED STATES DISTRICT COURT

8                       EASTERN DISTRICT OF CALIFORNIA

9

10   CHANTHA SVAY,                          Case No.   1:23-cv-00775-KES-EPG

11            Plaintiff,

12        v.                                ORDER APPROVING, IN PART, JOINT
                                            STIPULATION TO STAY CASE
13   CERTAINTEED LLC,
                                            (ECF No. 30)
14            Defendant.

15

16        This is a putative class action case that is before the Court on the parties' stipulation to

17   continue the stay of these proceedings. (ECF No. 30). As grounds, the parties state that "Plaintiff

18   intends to file a motion for preliminary approval of the settlement in Madera County Superior

19   Court, and thereafter, anticipates filing a request for dismissal in this action once final approval of

20   the settlement is granted." The parties "request that the Court enter an order to stay this case until

21   either (1) Plaintiff files a request for dismissal after the settlement has been approved and the

22   appeal deadline as passed, if applicable, or (2) the Court enter an Order lifting the stay upon

23   written request of either Party."

24        Upon review, the Court will approve, in part, the parties' stipulation to continue to stay

25   the case. Specifically, given the parties' representation that they are finalizing their settlement

26   with plans to pursue approval in a related state court action, the Court will continue the stay.

27   However, the Court does not believe it is appropriate to grant an open-ended stay until the

28   settlement has been approved or the parties request that the Court lift the stay.

                                            1

1      Accordingly, IT IS ORDERED as follows:

2   1.  The parties' stipulation (ECF No. 30) is approved, in part.

3   2.  This case is stayed until April 7, 2025.

4       a.  By this date, the parties shall file an appropriate dispositional document.

5       b.  Alternatively, if the parties are unable to file a dispositional document by this date,

6          they shall file a joint status report, advising the Court of the status of the case and

7          providing grounds in support of any request for continuing the stay.

8 IT IS SO ORDERED.

9

10   Dated:   **November 4, 2024**        /s/ _Erica P. Grosjean_

                                                UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28