# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANTHA SVAY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CERTAINTEED LLC,<br><br>　　　　　Defendant. | Case No. 1:23-cv-00775-KES-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 36). |

　　　On May 23, 2025, the parties filed a joint stipulation dismissing this action without prejudice. (ECF No. 36). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed without prejudice.

　　　Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

　　Dated:　**May 27, 2025**　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1